| | |
|---|---|
| **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW<br>ONE MARITIME PLAZA, SIXTH FLOOR<br>SAN FRANCISCO, CA 94111-3409<br>TELEPHONE: 415.434.4484<br>FACSIMILE: 415.434.4507<br><br>EILEEN R. RIDLEY, CA BAR NO. 151735<br>E-MAIL: ERIDLEY@FOLEY.COM<br>JASON M. JULIAN, CA BAR NO. 215342<br>E-MAIL: JJULIAN@FOLEY.COM<br>ONE MARITIME PLAZA, SIXTH FLOOR<br>SAN FRANCISCO, CA 94111-3409<br>TELEPHONE: 415.434.4484<br>FACSIMILE: 415.434.4507<br><br>ATTORNEYS FOR PLAINTIFF GIA-GMI, LLC | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIA-GMI, LLC, a Florida Limited Liability Company,<br><br>Plaintiffs,<br>v.<br><br>DANIEL R. MICHENER, an individual, JAMES M. MCWALTERS, an individual, CHARLES D. TOY, an individual, ALLAN M. DUNN, an individual, LARRY J. AUSTIN, an individual, W. DENMAN VAN NESS, an individual, MICHAEL P. SALUCCI, an individual, COMPUTER AND SOFTWARE ENTERPRISES, INC., a California corporation, PANGAEA HOLDINGS, LLC, a dissolved Delaware limited liability company, and PANGAEA TRADING CORPORATION, a Delaware corporation<br><br>Defendants.<br><br>DANIEL R. MICHENER, an individual, JAMES M. MCWALTERS, an individual,<br><br>Third-Party Plaintiffs<br><br>v.<br><br>J. RICHARD BLANKENSHIP<br><br>Third-Party Defendant | Case No. C 06-7949 SBA<br><br><br><br>**NOTICE OF SETTLEMENT**<br><br>**The Honorable Saundra Brown Armstrong** |

SFCA_487807.1

Plaintiff GIA-GMI, LLC ("GIA-GMI"), by and through its undersigned counsel, respectfully notifies the Court that all parties to this action have, through Court sponsored mediation, settled their dispute in principle. The parties are in the process of finalizing the necessary settlement documents. Therefore, GIA-GMI respectfully requests that the Court stay the case and take all pending hearing dates off calendar. Further, GIA-GMI respectfully requests that the Court set a deadline for finalization of settlement within thirty (30) to forty-five (45) days from the date of this notice.

DATED: OCTOBER 2, 2007

EILEEN R. RIDLEY
JASON M. JULIAN
FOLEY & LARDNER LLP


BY: /s/Jason M. Julian
JASON M. JULIAN
ATTORNEYS FOR THIRD-PARTY
DEFENDANT J. RICHARD
BLANKENSHIP