```
1
2                     UNITED STATES DISTRICT COURT
3                    NORTHERN DISTRICT OF CALIFORNIA
4
   GIA-GMI,                          )    No. C06-07949 SBA
5                Plaintiff,          )
                                     )    ORDER DISMISSING ACTION
6        vs.                         )
                                     )
7  DANIEL R. MICHENER,               )
                                     )
8                Defendant.          )
                                     )
9  _____    )
10
11         The Court having been notified of the settlement of
12   this action, and it appearing that no issue remains for the
13   Court's determination,
14         IT IS HEREBY ORDERED THAT this action and all claims
15   asserted herein are DISMISSED with prejudice.  In the event
16   that the settlement is not reached, any party may move to
17   reopen the case and the trial will be rescheduled, provided
18   that such motion is filed within 45 days of this order.  All
19   scheduled dates, including the trial and pretrial dates, are
20   VACATED.
21         IT IS SO ORDERED.
22   DATED: 10/3/07
23                                   _____
                                          Saundra B Armstrong
24                                       SAUNDRA BROWN ARMSTRONG
                                         United States District Judge
25
26
27
28
```