# UNITED STATES DISTRICT COURT

## Northern District of California

GIA-GMI, LLC,

               Plaintiff(s),

    v.

Michener,

               Defendant(s).

No. C 06-07949 SBA MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) ___9/21/07___

2. Did the case settle?    ☑ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

Dated: ___10/3/07___    _[signature]_

**Mediator, Martin Quinn**
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Certification of ADR Session
06-07949 SBA MED