1 | **FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
2 | SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
3 | FACSIMILE: 415.434.4507

4 | EILEEN R. RIDLEY, CA BAR NO. 151735
 E-MAIL: ERIDLEY@FOLEY.COM
JASON M. JULIAN, CA BAR NO. 215342
5 | E-MAIL: JJULIAN@FOLEY.COM
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
6 | TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

7

ATTORNEYS FOR PLAINTIFF GIA-GMI, LLC AND THIRD PARTY DEFENDANT J. RICHARD BLANKENSHIP

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | GIA-GMI, LLC, a Florida Limited Liability Company,

13 |            Plaintiffs,

14 | v.

15 | DANIEL R. MICHENER, et al.,

16 |            Defendants.

17 | DANIEL R. MICHENER, an individual, JAMES M. MCWALTERS, an individual,

18 |            Third-Party Plaintiffs,

19 | v.

20 | J. RICHARD BLANKENSHIP

21 |            Third-Party Defendant.

Case No.  C 06-7949 SBA

**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE TO REOPEN CASE TO DECEMBER 4, 2007**

**The Honorable Saundra Brown Armstrong**

23 | On October 3, 2007, this Court issued an order stating that, if settlement is not reached, any party may move to reopen the above-captioned case by motion filed no later than forty-five (45) days after the date of the order.  That deadline is November 19, 2007.  The parties are still finalizing settlement documentation in this matter, and agree that additional time is needed to complete the settlement documentation.  As such, pursuant to Civil L.R. 6-2(a) and 7-12, Plaintiff GIA-GMI, LLC, Third Party Defendant J. Richard Blankenship, and Defendants and

SFCA_882763.1

STIPULATED REQUEST AND [PROPOSED] ORDER
Case No.:  C 06-7949 SBA

1

1  Third-Party Plaintiffs Daniel R. Michener and James M. McWalters, and Defendants Charles D.

2  Toy, Allan M. Dunn, Larry J. Austin, W. Denman Van Ness, Michael P. Salucci, Computer and

3  Software Enterprises, Inc., Pangea Holdings, LLC, and Pangea Trading Corporation, through

4  their respective undersigned counsel, hereby stipulate that the deadline for filing a motion to

5  reopen the above-captioned case be extended from November 19, 2007 to **December 4, 2007**.

6

7  DATED:  November 13, 2007                    GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY
                                                LLP
8

9

10                                              By:_____/s/Francine T. Radford_____
                                                       FRANCINE T. RADFORD
11                                              Attorneys for Defendants and Third-Party
                                                Plaintiffs Daniel R. Michener and James M.
12                                              McWalters, and Defendants Charles D. Toy,
                                                Allan M. Dunn, Larry J. Austin, W. Denman
13                                              Van Ness, Michael P. Salucci, Computer and
                                                Software Enterprises, Inc., Pangea Holdings,
14                                              LLC, and Pangea Trading Corporation

15  DATED:  November 13, 2007                    FOLEY & LARDNER LLP

16

17                                              By:_____s/Eileen R. Ridley_____
                                                       EILEEN R. RIDLEY
18                                              Attorneys for Plaintiff GIA-GMI, LLC, and
                                                Third Party Defendant J. Richard Blankenship
19
              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
20

21  DATED:   11/15/07

22

23                                              _____
                                                HONORABLE SAUNDRA BROWN
                                                ARMSTRONG
24

25

26

27

28
                                                                                              2
SFCA_882763.1
                              STIPULATED REQUEST AND [PROPOSED] ORDER
                                     Case No.:  C 06-7949 SBA