**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, CA BAR NO. 151735
  E-MAIL: ERIDLEY@FOLEY.COM
JASON M. JULIAN, CA BAR NO. 215342
  E-MAIL: JJULIAN@FOLEY.COM
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

ATTORNEYS FOR PLAINTIFF GIA-GMI, LLC AND THIRD PARTY DEFENDANT J. RICHARD BLANKENSHIP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIA-GMI, LLC, a Florida Limited Liability Company,<br><br>          Plaintiffs,<br><br>v.<br><br>DANIEL R. MICHENER, et al.,<br><br>          Defendants.<br><br>DANIEL R. MICHENER, an individual, JAMES M. MCWALTERS, an individual,<br><br>          Third-Party Plaintiffs,<br><br>v.<br><br>J. RICHARD BLANKENSHIP<br><br>          Third-Party Defendant. | Case No.  C 06-7949 SBA<br><br>**NOTICE OF FINAL SETTLEMENT, STIPULATION AND [PROPOSED] ORDER REGARDING COURT'S JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT**<br><br>**The Honorable Saundra Brown Armstrong** |

The parties have completed settlement of the above-captioned matter, and the terms of such settlement are memorialized in a Settlement Agreement and Mutual Release of All Claims ("Settlement Agreement").  The parties agree that the settlement of this matter does not constitute an admission of liability by any party, and that the Settlement Agreement provides for certain ongoing obligations.  Therefore, the parties hereby stipulate and move the Court for an order whereby the Court shall retain jurisdiction over the parties for purposes of enforcing all

aspects of the Settlement Agreement.  Further, the parties expressly stipulate their consent to jurisdiction and venue in the above-captioned United States District Court for the Northern District of California for any proceeding related to enforcement of the Settlement Agreement between the parties to this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  December 4, 2007     GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY LLP


By:  /s/Francine T. Radford
FRANCINE T. RADFORD
Attorneys for Defendants and Third-Party Plaintiffs Daniel R. Michener and James M. McWalters, and Defendants Charles D. Toy, Allan M. Dunn, Larry J. Austin, W. Denman Van Ness, Michael P. Salucci, Computer and Software Enterprises, Inc., Pangea Holdings, LLC, and Pangea Trading Corporation

DATED:  December 4, 2007     FOLEY & LARDNER LLP


By:  /s/Eileen R. Ridley
EILEEN R. RIDLEY
Attorneys for Plaintiff GIA-GMI, LLC, and Third Party Defendant J. Richard Blankenship

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

HONORABLE SAUNDRA BROWN ARMSTRONG

SFCA_888628.1

2

NOTICE OF FINAL SETTLEMENT AND STIPULATION RE JURISDICTION
Case No.:  C 06-7949 SBA